# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

June 11, 2021

**VIA ECF**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: Irish v. Majestic GERP LLC et al., 18-CV-307 (JBW-JO)

Dear Judge Ross:

We represent defendants Majestic GERP LLC, Queens GERP LLC, and United Artists Theatre Circuit, Inc. (collectively, "Defendants") in the above-referenced action. In accordance with Your Honor's Order dated May 12, 2021, and in light of the events summarized below, we respectfully write to request a further extension of Defendants' time to complete the Accessibility Remediation set forth in the Stipulation of Remediation (Docket No. 33) from June 11, 2021 until August 10, 2021.

Although Defendants continue to make progress with respect to the remediation work, certain issues regarding the Theater's contractor and related vendors have continued to affect the completion of that work. Defendants have continued to confer with Plaintiff regarding those issues. In light of the foregoing, Defendants respectfully request a further extension of their time to complete the Accessibility Remediation from June 11, 2021 until August 10, 2021. This is Defendants' eleventh request for an extension of their time to complete the Accessibility Remediation, and Plaintiff consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Evan B. Citron

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington