**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY  10022
Telephone:  212.492.2500
Facsimile:   212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

December 10, 2021

**VIA ECF**

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: <u>Irish v. Majestic GERP LLC et al., 18-CV-307 (JBW-JO)</u>

Dear Judge Ross:

    We represent defendants Majestic GERP LLC, Queens GERP LLC, and United Artists Theatre Circuit, Inc. (collectively, "Defendants") in the above-referenced action. On behalf of all parties, and in accordance with Your Honor's Order dated October 12, 2021, we respectfully write to update the Court on the status of the parties' efforts to resolve through private mediation certain outstanding issues related to the Accessibility Remediation set forth in the Stipulation of Remediation. The parties presently anticipate that the mediation will occur before Marc E. Isserles, Esq., in mid-to-late January 2022. In light of the foregoing, the parties respectfully request leave to submit a further status report on February 1, 2022, to update the Court on the mediation before Mr. Isserles.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/ Evan B. Citron*

Evan B. Citron

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington